■ GOVERNMENT EMPLOYEES INSURANCE COMPANY, Plaintiff, v RAPHAELA S. GIGLIO et al., Defendants. (Action No. 1.) STANLEY GOLDMAN, Appellant, v GOVERNMENT EMPLOYEES INSURANCE CO. OF WASHINGTON, D. C., Respondent. (Action No. 2.)—Appeal from an order of the Supreme Court, Kings County,

dated June 9, 1977, which denied the motion of Stanley Goldman, as plaintiff in Action No. 2, for summary judgment. Order affirmed, with $50 costs and disbursements. On the record here, issues of fact exist which require a trial. Margett, J. P., Damiani, Shapiro and Titone, JJ., concur.